UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, by and through Next Friend MOT, | ) | |
| Plaintiff (s), | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV000647 |
| | ) | |
| JAMILA JONES, JOHN OR JANE DOE #1 AND JANE DO, | ) | |
| | ) | |
| Defendant(s). | ) | |

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now PLAINTIFFS and notifies the court of the intent to use
(Plaintiff or Defendant)

Charles Faasen
(name and address of process server)
14222 Ladue Road
Chesterfield, MO 63017

To serve: Jamila Jones in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

08/18/2026
(date)

/s/ Luke A. Baumstark #56344
(attorney for Plaintiff)

________________________
(attorney for Defendant)